460 A.2d 865

Commonwealth v. Nock, Appellant.

Before CERCONE, P.J., JOHNSON and MONTEMURO, JJ.

Order affirmed.